UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAWN SARRACH,

      Plaintiff,

vs.                                        Case No. 8:12-cv-00784-T-27AEP

CAROLYN W. COLVIN,
Commissioner of Social Security,

      Defendant,

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 19) recommending that the decision of the Defendant Commissioner be reversed and remanded for further proceedings. Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 19) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. The decision of the Defendant Commissioner is **REVERSED** and **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the Report and Recommendation.

3. The Clerk is directed to **ENTER** final judgment in favor of Plaintiff pursuant to sentence four of 42 U.S.C. § 405(g), *Shalala v. Schaefer*, 509 U.S. 292, 302-03 (1993), and

*Newsome v. Shalala*, 8 F.3d 775, 779-80 (11th Cir. 1993).

    4.    The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida this 11th day of September, 2013.

/s/ Whittemore
JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record